**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-vs-

NOEL STEPHENS,

Defendant.

ORDER

11-CR-6037-CJS

**Siragusa, J.** The defendant's motion, filed on March 8, 2013, ECF No. 42, seeking, "a status report or hearing on his 28 U.S.C. § 2255 motion," is denied. The Court entered a Decision and Order on the § 2255 motion on June 18, 2012, ECF No. 40.

IT IS SO ORDERED.

Dated: May 23, 2013
       Rochester, New York

            ENTER:

                        /s/ Charles J. Siragusa
                        CHARLES J. SIRAGUSA
                        United States District Judge